**Jerome POWELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 49683.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 22, 1985.

Motion for Rehearing and/or Transfer Denied Dec. 10, 1985.

Application to Transfer Denied
Jan. 15, 1986.

James S. McKay, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

SUMMARY OPINION

CLEMENS, Senior Judge.

Appeal from post-evidentiary hearing denial of Rule 27.26 motion.

Defendant's sole ground is that after three alibi witnesses had testified counsel failed to call a fourth one.

This was a trial decision within counsel's province and we affirm in accordance with Rule 84.16(b).

REINHARD P.J., and CRIST, J., concur.

**David GRAYS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 49690.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 22, 1985.

Motion for Rehearing and/or Transfer Denied Dec. 10, 1985.

Application to Transfer Denied
Jan. 15, 1986.

Bradford J. Kessler, Public Defender, St. Louis, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals after denial of his Rule 27.26 motion without an evidentiary hearing. An extended opinion would be of no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).